**Order entered October 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01211-CV

**OPTIMAL BLUE, L.L.C., Appellant**

**V.**

**VANTAGE PRODUCTION, L.L.C., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02838-2014**

## ORDER

Before the Court is appellant's Emergency Motion to Set Combined Reply and Response Date. We **GRANT** the motion. Appellant may file a combined response and reply to appellee's Emergency Cross-Motion to Dissolve Temporary Order and Response to Motion for Temporary Emergency Relief on or before October 13, 2014.

/s/  MICHAEL J. O'NEILL
    JUSTICE